| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 0314-4:CR-00-00154-005 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 03cr30049 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| George Harney<br>245 Dickinson Street<br>Springfield, MA  01108 | Middle/Pennsylvania | Scranton |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable James F. McClure, Jr. | |
| | DATES OF SUPERVISED RELEASE: | FROM 8/15/2003 — TO 8/14/2005 |

**OFFENSE**

Conspiracy to Commit Money Laundering – 18 U.S.C. § 1956(h)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF PENNSYLVANIA**

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the **DISTRICT OF MASSACHUSETTS** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11/14/03
_____
Date

_[signature]_
_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF MASSACHUSETTS**

   IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this court from and after the entry of this order.

Dec. 8, 2003
_____
Effective Date

_[signature] Michael A. Ponsor_
_____
United States District Judge