UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA   )
                           )
        v.                 )    CRIMINAL NO. 04-CR-30049
                           )
GEORGE K. HARNEY,          )
        Defendant.         )
                           )

**MOTION FOR DETENTION ~~HEARING~~**

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves for detention of defendant pending further proceedings pursuant to 18 U.S.C. § 3143(a).

1. This case is eligible for a detention order because it involves:

    a. Serious risk the defendant will flee

2. This Court should detain the defendant to assure:

    a. the defendant's appearance at his final revocation hearing; and

    b. the safety of the community.

Pursuant to Fed. R. Crim. P. 32.1(a)(6), the burden of establishing that the defendant will not flee or pose a danger to the community rests with the person.

The United States requests the court conduct the detention hearing at the defendant's first appearance.

                            Respectfully submitted,

                            MICHAEL J. SULLIVAN

[Handwritten margin note: Jun 30, 20Y. Denied for the reasons stated in court (Thursday, but subject to added conditions of curfew (8 a.p.m. to 5:00 a.m. daily) and electronic monitoring. /s/ Neiman USMJ]

                        United States Attorney

By:   _____
      Paul Hart Smyth
      Assistant U.S. Attorney