# United States District Court

DISTRICT OF __Massachusetts__

UNITED STATES OF AMERICA

V.

George Harney

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**

Case Number: ~~SUPERVISED RELEASE REVOCATION PROCEEDING~~ 03-30049

I, __George Harney__, charged in a (~~complaint~~) (petition) pending in this District ~~with~~ _alleging violations of conditions of supervised release_, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____6/30/04_____
Date

_____[signature]_____
Defendant

_____[signature]_____
Counsel for Defendant