AO 245D (Rev. 3/01) Sheet 1 - Judgment in a Criminal Case for Revocations - D Massachusetts (09/02)

# United States District Court
## District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**GEORGE K. HARNEY** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number: 3: 03 CR 30049 - 001 - MAP<br><br>VINCENT BONGIORNI, ESQ<br>Defendant's Attorney |

## THE DEFENDANT:

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.
☒ was found in violation of condition(s) 1 AND 2 _____ after denial of guilt.

Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | COMMISSION OF ANOTHER FEDERAL, STATE OR LOCAL CRIME AND ILLEGALLY POSSESSING A CONTROLLED SUBSTANCE | 05/27/04 |
| 2 | FAILURE TO REFRAIN FROM USE OF A CONTROLLED SUBSTANCE | 05/27/04 |

☐ See continuation page

The defendant is sentenced as provided in pages 2 through ___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district with 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 000/00/9267

Defendant's Date of Birth: 00/00/73

Defendant's USM No.: 04535-052

Defendant's Residence Address:
245 DICKINSON STREET
SPRINGFIELD, MA

Defendant's Mailing Address:
Same as above

08/24/04
Date of Imposition of Judgment

*Michael B. Ponsor* (signature)
The Honorable Michael A. Ponsor
Signature of Judicial Officer

Judge, U.S. District Court
Name & Title of Judicial Officer

8·31·04
Date

AO 240D (Rev. 3/01) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

CASE NUMBER:     3: 03 CR 30049    - 001 - MAP
DEFENDANT:       GEORGE K. HARNEY

Judgment - Page   of

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of    7 month(s)

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.
   ☐ at _____ on _____
   ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☒ before  2:00 am  on  9/15/04
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal